# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| KATHLEEN MCCULLOUGH, EXECUTRIX FOR THE ESTATE OF CORINNE MCCULLOUGH, | : | No. 224 WAL 2023 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| Petitioner | : | from the Order of the |
| | : | Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| WASHINGTON COUNTY TAX CLAIM BUREAU, WASHINGTON BOARD OF COMMISSIONERS, SOLICITOR BLANE BLACK AS AN INDIVIDUAL AND JAMI HOVANEC, AS AN INDIVIDUAL FAIRWAY LANDINGS TOWNHOMES OF SOUTHPOINTE ASSOCIATION, INC., | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of March, 2024, the Petition for Allowance of Appeal is **DENIED**.

    Justice Wecht did not participate in the consideration or decision of this matter.